IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03209-MSK-KLM

AURORA BANK FSB, a Federal Saving Bank formerly known as Lehman Brothers Bank FSB,

      Plaintiff,

v.

DIRECTORS MORTGAGE, INC., an Oregon Corporation,

      Defendant.

---

### MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Unopposed Motion for Protective Order** [Docket No. 14; Filed March 27, 2013] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#14-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated: March 28, 2013